ALLTRISTA PLASTICS LLC d/b/a Jarden Plastic Solutions, Plaintiff Below, Appellant,

v.

ROCKLINE INDUSTRIES, INC., Defendant Below, Appellee.

No. 66, 2017

Supreme Court of Delaware.

Submitted: February 24, 2017

Decided: April 12, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N12C-09-094

REFUSED.

Shannon C. DIEHL–GUERRERO, Plaintiff Below, Appellant,

v.

WELLS FARGO HOME MORTGAGE, INC., Defendant Below, Appellee.

No. 142, 2017

Supreme Court of Delaware.

Submitted: March 31, 2017

Decided: April 13, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N16C-08-041

REFUSED.